UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LAVERN EDDINGTON, JR., <br><br>  Plaintiff, <br><br> v. <br><br> A. CHAPPELLE, *et al.*, <br><br>  Defendants. | Case No. 2:22-cv-00341-JDP (PC) <br><br> ORDER DIRECTING PLAINTIFF TO SUBMIT A COMPLETE IN FORMA PAUPERIS APPLICATION AND INMATE TRUST ACCOUNT STATEMENT |

Plaintiff has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request, which must be filled out by plaintiff's institution of incarceration, has not been completed. Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed *in forma pauperis* application and a certified copy in support of his application.

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is denied without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

1

3.  Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court.

4.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   April 13, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE