IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MELVIN LAVERN EDDINGTON, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**A. CHAPELLE, et al.,**<br><br>Defendants. | 2:22-cv-00341-JDP (PC)<br><br>**[PROPOSED]** ORDER GRANTING **DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO FILE MOTION TO OPT OUT OF ADR** |

This matter coming before the Court on Defendants' motion for administrative relief, for a forty five-day extension of time on Defendant's position on ADR, and good cause appearing, the request is **GRANTED**.

Defendants' deadline to opt out of ADR is extended forty-five days from July 25 2023, up to and including September 8, 2023.

IT IS SO ORDERED.

Dated:   August 10, 2023                             _____
                                                                         JEREMY D. PETERSON
                                                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28